UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80109-CR-Moore

UNITED STATES OF AMERICA,

v.

MARTY BRENDELL DARRISAW, JR.,

Defendant.
_____/



FILED BY _____ D.C.

JAN 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, MARTY BRENDELL DARRISAW, JR., appeared before the Court on January 18, 2019, for an initial hearing on the Superseding Petition for Offender under Supervision ("Petition") [DE 35]. Defendant was originally convicted in the Southern District of Florida of bank robbery, in violation of 18 U.S.C. § 2113(a), a class C felony. On January 21, 2015, the Honorable, Daniel T.K. Hurley, United States District Judge, sentenced Defendant to 51 months in prison followed by three years of supervised release. Judge Hurley imposed special conditions of supervised release requiring Defendant to participate in an approved treatment program for substance abuse. Defendant was also ordered to pay restitution in the amount of $15,346.00. Defendant's term of supervised release commenced on May 7, 2018. The case was reassigned to the Honorable K. Michael Moore, Chief United States District Judge.

On August 21, 2018, a Petition was submitted to Chief Judge Moore by the U.S. Probation Office regarding Defendant's positive drug tests for marijuana. Chief Judge Moore concurred with the Probation Office's recommendation to allow Defendant an opportunity to participate in a

1

substance abuse treatment program with no further action taken. On November 29, 2018, a Petition [DE 30] was filed regarding Defendant's positive drug tests for marijuana, failing to follow instructions, and failing to participate in the drug treatment program. Thereafter, a probation summons was issued on November 29, 2018.  [DE 31]. After his initial appearance on December 6, 2018, the Superseding Petition for Offender under Supervision [DE 35] was filed on January 15, 2019.

Defendant is now charged with the following violations of his supervised release in the Petition [DE 35]:

1. **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. According to the Petition, on August 16, August 23, September 6, and October 4, 2018, Defendant submitted urine samples that tested positive for marijuana.

2. **Violation of Standard Condition**, by failing follow instructions. According to the Petition, Defendant was instructed to report to the U.S. Probation Office once a week for drug testing, but he failed to report on the weeks of September 10, September 17, September 24, October 8, October 15, October 22, and October 29, 2018.

3. **Violation of Special Condition,** by failing to participate in an approved substance abuse treatment program. According to the Petition, Defendant discontinued reporting to Dolan Health Services for substance abuse treatment as of September 26, 2018.

4. **Violation of Mandatory Condition,** by unlawfully using or possessing a controlled substance. According to the Petition, on December 6, December 13, December 20, 2018, and on January 4, 2019, Defendant submitted urine samples that tested positive for marijuana.

5. **Violation of Standard Condition,** by failing to follow instructions. According to the

Petition, Defendant was instructed by the undersigned at Defendant's December 6, 2018 bond hearing to comply with all conditions of supervised release, but he then failed to report during the week of December 26, 2018, for drug testing as required by his probation officer.

6. **Violation of Special Condition,** by failing to pay the court-ordered restitution. According to the Petition, the Court ordered Defendant to pay $15,346.00 in restitution, and he has failed to satisfy his financial obligation.

## II. Summary of Hearing

At the January 18, 2019 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against him, his right to contest the allegations, his right to appear at the hearing and present evidence, and his right to question adverse witnesses. Defendant was also advised of the allegations in the Petition and the maximum penalties he faces if he is found to have violated supervised release. After being advised of his rights, Defendant stated that he waived his right to a preliminary hearing and his right to a final revocation hearing.

After being advised of his rights and the maximum penalties he is facing, Defendant waived his right to a contested revocation hearing and admitted to allegations #1-5 as alleged in the Petition. Defendant also admitted to allegation #6, but he disputes that he intentionally failed to pay his restitution. Defendant explained that his financial circumstances made it impossible for him to pay his restitution. The Court finds that Defendant made his waivers and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to allegations #1-6 and its review of the record, the Court finds

by a preponderance of the evidence that Defendant committed allegations #1-6 as alleged in the Petition [DE 35].

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that Chief United States District Judge K. Michael Moore find that Defendant has violated the terms and conditions of supervised release as alleged in allegations #1-6 in the Petition. It is also recommended that this matter be set down for sentencing on violations #1-6 before Chief United States District Judge K. Michael Moore.

A party shall file written objections, if any, to this Report and Recommendation with Chief United States District Judge K. Michael Moore within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 18th day of January, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE