UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80109-Cr-Moore

UNITED STATES OF AMERICA,

v.

MARTY BRENDELL DARRISAW, JR.,

        Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, MARTY BRENDELL DARRISAW, appeared before the Court on March 15, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of bank robbery, in violation of Title 18 U.S.C. § 2113(a). Following this conviction, he was sentenced to fifty-one (51) months in prison and three (3) years of supervised release.

The Defendant began his term of supervised release on October 8, 2021. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance; (2) unlawfully possessing or using a controlled substance; (3) unlawfully possessing or using a controlled substance; (4) unlawfully possessing or using a controlled substance; (5) unlawfully possessing or using a controlled substance and (6) failing to reside and participate in the Residential Reentry Center.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations 1-6, through counsel, stated his wish to proceed to sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1-6. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge K. Michael Moore.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 16th day of March 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE